450 A.2d 224

Commonwealth v. Montgomery, Appellant.

Submitted January 11, 1982. John W. Hodge, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.

450 A.2d 224

Commonwealth, Appellant v. Ostrum.

Argued June 24, 1981. Maxine J. Stotland, Assistant District Attorney, for Commonwealth, appellant; Leonard N. Sosnov, Assistant Public Defender, for appellee.

Before CERCONE, P. J., HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

HESTER, J., filed a memorandum dissenting opinion.